IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00242-CCE-JEP

| | |
|---|---|
| FREDDIE FOUST, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>DUKE UNIVERSITY and SUSAN )<br>GORDON, )<br>)<br>*Defendants.* ) | **REPORT FOR THE FILING OF SEALED DOCUMENTS**<br><br>**Local Rule 5.5** |

Pursuant to Local Rule 5.5, the parties have conferred and state as follows:

[X] Conference: The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal.

[__] Non-Parties: Because a non-party has produced documents pursuant to a protective order or is otherwise claiming confidentiality over documents filed or expected to be filed in this case, the conference included _____*Not Applicable*_____.

[X] Default: The parties certify that few, if any, documents will be filed under seal. The parties agree to use the default procedures of LR 5.4(c). In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

[__] Alternative Proposal for Cases with Many Confidential Documents. In order to address claims of confidentiality and reduce the need to file briefs and exhibits under seal, the parties propose the alternative procedure set out in the attached proposal, either jointly or as competing alternatives, for consideration by the Court.

1

[__] Other relevant information:   *Not Applicable*            .


    Respectfully submitted this the 7th day of May, 2025.

Richberg Law, PLLC

/s/ *Shayla Richberg*
Shayla Richberg
3326 Durham-Chapel Hill Blvd
Building B-120A
Durham, NC 27707
DefendMe@RichbergLaw.com
*Attorneys for Plaintiff*

Morningstar Law Group

/s/ *Kenzie Rakes*
Amie F. Carmack
Kenzie M. Rakes
421 Fayetteville Street, Suite 530
Raleigh, NC 27601
acarmack@morningstarlawgroup.com
krakes@morningstarlawgroup.com
*Attorneys for Defendant Susan Gordon*


OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ *Vanessa N. Garrido*
Robert A. Sar (N.C. Bar No. 22306)
Vanessa N. Garrido (N.C. Bar No. 53470)
8529 Six Forks Road, Suite 600
Raleigh, NC  27615
Telephone:  919.787.9700
Facsimile:  919.783.9412
Bob.Sar@ogletree.com
Vanessa.Garrido@ogletree.com
*Attorneys for Duke University*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned, on this date, electronically filed the foregoing REPORT FOR THE FILING OF SEALED DOCUMENTS with the Clerk of Court using the CM/ECF System, which will give electronic notice of the same to the following CM/ECF participants:

Shayla Richberg
Richberg Law, PLLC
3326 Durham-Chapel Hill Blvd
Building B-120A
Durham, NC 27707
DefendMe@RichbergLaw.com
*Attorneys for Plaintiff*

Amie F. Carmack
Kenzie M. Rakes
421 Fayetteville Street, Suite 530
Raleigh, NC 27601
acarmack@morningstarlawgroup.com
krakes@morningstarlawgroup.com
*Attorneys for Defendant Susan Gordon*

This the 7th day of May, 2025.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ *Vanessa N. Garrido*
Robert A. Sar (N.C. Bar No. 22306)
Vanessa N. Garrido (N.C. Bar No. 53470)
8529 Six Forks Road, Suite 600
Raleigh, NC 27615
Telephone: 919.787.9700
Facsimile: 919.783.9412
Bob.Sar@ogletree.com
Vanessa.Garrido@ogletree.com

*Attorneys for Duke University*